AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
BlackBerry Cellular phone )
Device name: D238 )
Model BlackBerry Q10 )
Model Number: SQN100-5 )
Serial Number: 0732-6807-6064 )

Case: 1:18-sw-00220
Assigned To : Magistrate Judge G. Michael Harvey
Assign. Date : 8/22/2018
Description: Search and Seizure Warrant

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Columbia _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporated herein and included as part of this Search Warrant.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B incorporated herein and included as part of the Affidavit.

**YOU ARE COMMANDED** to execute this warrant on or before   9/5/18   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   G. Michael Harvey   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   08-22-18 3:45PM   _____
                                          *Judge's signature*

City and state:   District of Columbia   G. Michael Harvey, Magistrate Judge
                                          *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:18-SW-00220 | Date and time warrant executed: 8/23/2018 12:31 PM | Copy of warrant and inventory left with: N/A |

Inventory made in the presence of:
STEVE MAULLE

Inventory of the property taken and name of any person(s) seized:
BLACKBERRY CELL SEARCH
S/N 0732-6807-6084
NO INFO OBTAINED FROM SEARCH OF PHONE

FILED
OCT 31 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10-31-18

Executing officer's signature

SA JOSH MILLER
Printed name and title